Willie Mae Holmes, Appellee, v. Joseph Holmes, Appellant.

Gen. No. 10,938.   (Abstract of Decision.)

Second District.
June 4, 1956.
Released for publication June 21, 1956.

James P. Moore, for appellant; Lidschin & Pucin, for appellee.   Opinion by JUSTICE EOVALDI.   Not to be published in full.